

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00730-CV

**IN RE** Gilbert L. **MATHEWS** and Lucifer Lighting Company

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed: December 3, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On October 20, 2014, relators filed a petition for writ of mandamus. The court has considered relators' petition for writ of mandamus, the amended response filed by the real party in interest, and the reply filed by the relators, and the court is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2014-CI-13779, styled *In re Petition of Stephen Lang, Requesting Deposition of Gilbert L. Mathews*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Janet P. Littlejohn presiding.